Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501        Fax (323) 937-4503
Email: BCC4929@gmail.com

*Attorneys for Plaintiffs*

**FILED & ENTERED**

**JUL 23 2015**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** firman    **DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LIOR BITTON,<br><br>       Debtor. | Case No. 8:14-bk-12736-CB<br><br>Chapter 7<br><br>Adversary 8:14-ap-01221-CB |
| STEVE GRANITZ and<br>CHAGIT GRANITZ,<br><br>       Plaintiffs,<br><br>vs.<br><br>LIOR BITTON,<br><br>       Defendant. | **ORDER APPROVING SECOND AMENDED STIPULATION FOR JUDGMENT FOR NONDISCHARGEABILITY OF DEBT PURSUANT TO 11 U.S.C. §§ 523(a)(2)(A), (a)(4), (a)(6)** |

//

//

//

The Court having read and considered the Second Amended Stipulation for Judgment for Nondischargeability of Debt Pursuant to 11 U.S.C. §§ 523(a)(2)(A), (a)(4), (a)(6) ("Stipulation") and Settlement Agreement entered into by and between Plaintiffs STEVE & CHAGIT GRANITZ and Defendant LIOR BITTON filed on July 20, 2015 at Docket #35 in the above-captioned adversary proceeding,

**IT IS ORDERED:**

1.) The stipulation is approved.

### 

Date: July 23, 2015

Catherine Bauer
United States Bankruptcy Judge