| | FOR COURT USE ONLY |
|---|---|
| ☒ Recording requested by a return to:<br>PHILIP LANDSMAN, ESQ.   SBN 159608<br>LAW OFFICES OF PHILIP LANDSMAN<br>22030 VENTURA BL. #206<br>WOODLAND HILLS CA 91364<br>Tel. 818-587-3666 | **RECEIVED**<br>**JAN 14 2016**<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:   LIOR BITON<br>                                                    Debtor | CASE NUMBER  8:14-bk-12736-CB<br>ADVERSARY NUMBER  8:14-ap-01221-CB |
| STEVE & CHAGIT GRANITZ           Plaintiff<br>vs.<br>LIOR BITON<br>                                                    Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address   LIOR BITON
    7521 EDINGER AVENUE, NO 4632
    HUNTINGTON BEACH, CA 92647

    ☐ Address Unknown

    b. Driver's License No. _____   ☒ Unknown

    c. Social Security No.   ***-**-1331                 ☐ Unknown

2. The Summons was personally served at, or mail to (address):
    LIOR BITON, 7521 EDINGER AVENUE, NO 4632, HUNTINGTON BEACH, CA 92647

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

    Dated:  11/3/15

    _____
    (Signature of Judgment Creditor or Attorney)
    PHILIP LANDSMAN, ESQ.

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re | (SHORT TITLE) | | CHAPTER 7 |
|---|---|---|---|
| | GRANITZ v. BITON | Debtor(s). | ADVERSARY NO.: 8:14-ap-01221-CB |

4. I certify that in the above-entitled action and Court, Judgment was entered on __7/23/2015__,

in favor of __STEVE & CHAGIT GRANTIZ__ and against __LIOR BITON__

for  $ __412,500.00__    Principal,

$ __0.00__    Interest,

$ __0.00__    Attorney's Fees, and

$ __0.00__    Costs.

A lien in favor of a judgment creditor is:

[X] not endorsed on the judgment.

[ ] endorsed on the judgment as follows:

1. Amount $ __412,500.00__

2. In favor of (name) __STEVE & CHAGIT GRANITZ__

A stay of execution has:

[ ] not been ordered by the Court.

[X] been ordered by the Court effective until (date): __7/3/2016__

Attested this __14th__ day of __January 2016__

(SEAL)

KATHLEEN J. CAMPBELL    **KATHLEEN J. CAMPBELL**
Clerk of the Bankruptcy Court

By: _Denise M. Bustillos_
    Deputy Clerk

Information regarding additional judgment debtors:

_____
_____
_____
_____

*Revised February 2010*