EJ-195

| ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 159455 NAME: BARUCH C. COHEN, ESQ. FIRM NAME: LAW OFFICE OF BARUCH C. COHEN, APLC STREET ADDRESS: 4929 WILSHIRE BOULEVARD, SUITE 940 CITY: LOS ANGELES  STATE: CA  ZIP CODE: 90010 TELEPHONE NO.: 323-353-9535  FAX NO.: 888-316-6107 EMAIL ADDRESS: baruchcohen@baruchcohenesq.com ATTORNEY FOR (name): JUDGMENT CREDITOR | FOR COURT USE ONLY FILED AUG 19 2025 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA BY: _____ Deputy Clerk |
|---|---|
| United States Bankruptcy Court Central District of California Santa Ana Division | |
| PLAINTIFF/PETITIONER: STEVE GRANITZ and CHAGIT GRANITZ DEFENDANT/RESPONDENT: LIOR BITTON | |
| **NOTICE OF RENEWAL OF JUDGMENT** | CASE NUMBER: 8:14-ap-01221-CB |

TO JUDGMENT DEBTOR (name): LIOR BITTON

1. **This renewal extends** the period of enforceability of the judgment until

   a. [x] 10 years from the date the application for renewal was filed.

   b. [ ] 5 years from the date the application for renewal was filed.

   (The judgment creditor should check 1b if the judgment is a money judgment; is not based on tortious or fraudulent conduct or for unpaid wages, damages, or penalties owed to an employee; and, as of the date of the application of renewal, the judgment:

   - has an unsatisfied principal amount under $50,000 and relates to a claim for personal debt; or
   - has an unsatisfied principal amount under $200,000 and relates to a claim for medical expenses.)

   (Code Civ. Proc., §§ 683.110–683.120.)

2. **If you object** to this renewal, you may make a motion to vacate or modify the renewal with the court.

3. You must make this motion within **60 days** after service of this notice on you.

4. A copy of the *Application for and Renewal of Judgment* is attached *(Cal. Rules of Court, rule 3.1900)*.

Date: August 15, 2025

BARUCH C. COHEN
(TYPE OR PRINT NAME)

▶ /s/ Baruch C. Cohen
(SIGNATURE OF JUDGMENT CREDITOR OR ATTORNEY)

See Code of Civil Procedure section 683.160 for information on method of service

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
EJ-195 [Rev. January 1, 2024]

**NOTICE OF RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.160
www.courts.ca.gov

EJ-190

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, and State Bar number)*:<br>After recording, return to:<br>BARUCH C. COHEN, ESQ (SBN # 159455)<br>LAW OFFICE OF BARUCH C. COHEN, APLC<br>4929 WILSHIRE BOULEVARD, SUITE 940<br>LOS ANGELES CA 90010<br><br>TEL NO.: 323-353-9535    FAX NO. (optional):<br>EMAIL ADDRESS: baruchcohen@baruchcohenesq.com<br>[X] ATTORNEY FOR   [X] ORIGINAL JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD | |
|---|---|
| **United States Bankruptcy Court**<br>**Central District of California**<br>**Santa Ana Division** | *FOR RECORDER'S USE ONLY* |

PLAINTIFF/PETITIONER: STEVE GRANITZ and CHAGIT GRANITZ

DEFENDANT/RESPONDENT: LIOR BITTON

CASE NUMBER: 8:14-ap-01221-CB

## APPLICATION FOR AND RENEWAL OF JUDGMENT

*FOR COURT USE ONLY*

[X] Original judgment creditor
[ ] Assignee of record
applies for renewal of the judgment as follows:

1. Applicant *(name and address)*:
   LAW OFFICE OF BARUCH C. COHEN. APLC
   4929 WILSHIRE BOULEVARD, SUITE 940
   LOS ANGELES, CA 90010
   [ ] Additional judgment creditors listed in Attachment 1.

2. Judgment debtor *(name and last known address)*:
   LIOR BITTON
   7521 EDINGER AVENUE, NO. 4632
   HUNTINGTON BEACH, CA 92647
   [ ] Additional judgment debtors listed in Attachment 2.

3. Original judgment
   a. Case number *(specify)*: 8:14-ap-01221-CB
   b. Entered on *(date)*: August 25, 2015
   c. Recorded: Date: March 25, 2020    County: LOS ANGELES    Instrument No.: 20210473446
   [ ] This judgment has been recorded in additional counties, listed in Attachment 3.

4. [ ] Judgment previously renewed *(specify each case number and date)*:

5. [ ] Renewal of money judgment
   a. Total judgment *(as entered or last renewed)* ...... $ 412,500.00
   b. Costs after judgment *(CCP 685.090)* ............ $
   c. Subtotal *(add a and b)* ........................ $
   d. Credits to principal *(after credit to interest)* ........ $
   e. Subtotal *(subtract d from c)* .................... $
   f. Accrued interest remaining due per CCP 695.210(b) $ 411,595.90
   g. Fee for filing renewal application ................ $ 45.00
   h. **Total renewed judgment** *(add e, f, and g)* ........ $ **824,095.90**
   i. [ ] The amounts called for in a–h are different for each debtor. These amounts are stated for each debtor on Attachment 5.

Page 1 of 2

Form Approved for Optional Use
Judicial Council of California
EJ-190 [Rev. January 1, 2024]

**APPLICATION FOR AND RENEWAL OF JUDGMENT**

Code of Civil Procedure, § 683.110 et seq.
www.courts.ca.gov

EJ-190

| SHORT TITLE: GRANITZ VS BITTON | CASE NUMBER: 8:14-ap-01221-CB |
|---|---|

5. j. The money judgment (*check all that apply*)

    (1) ☐ has a principal amount remaining unsatisfied of under $50,000 and is for a claim related to personal debt.

    (2) ☐ has a principal amount remaining unsatisfied of under $200,000 and is for a claim related to medical expenses.

    (3) ☐ relates to any other claims, including claims for personal debt or medical expenses that do not otherwise fit within (1) or (2).

> Note: A judgment against a natural person may be renewed only once, for five years from the date an application is filed, if the unsatisfied principal amount at the time of renewal is below $50,000 for personal debt claims or $200,000 for medical expense claims. This exception does not apply to debts incurred due to, or obtained by, tortious or fraudulent conduct, or judgments for unpaid wages, damages, or penalties owed to an employee. (Code Civ. Proc., §§ 683.110–683.120.)

6. ☒ Renewal of judgment for    ☐ possession.
                                        ☐ sale.

    a. ☐ If judgment was not previously renewed, terms of judgment as entered:

    b. ☐ If judgment was previously renewed, terms of judgment as last renewed:

    c. ☒ Terms of judgment remaining unsatisfied:

        No payments received.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 15, 2025

BARUCH C. COHEN
(TYPE OR PRINT NAME)

▶ *[signature]*
(SIGNATURE OF DECLARANT)

Baruch C. Cohen, Esq. (SBN 159455)
LAW OFFICE OF BARUCH C. COHEN
4929 Wilshire Boulevard, Suite 940
Los Angeles, California 90010
(323) 937-4501          Fax (323) 937-4503
Email: BCC4929@gmail.com

Attorneys for Plaintiffs
STEVE & CHAGIT GRANITZ

**FILED & ENTERED**

AUG 25 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY firman      DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>LIOR BITTON,<br><br>Debtor. | Case No. 8:14-bk-12736-CB<br><br>Chapter 7 |
| STEVE GRANITZ and<br>CHAGIT GRANITZ,<br><br>Plaintiffs,<br><br>vs.<br><br>LIOR BITTON,<br><br>Defendant. | Adversary 8:14-ap-01221-CB<br><br>**NONDISCHARGEABLE JUDGMENT** |

On July 23, 2015 as Docket #37, the Court approved the Second Amended Stipulation For Judgment For Nondischargeability of Debt Pursuant To 11 U.S.C. §§ 523(A)(2)(A), (A)(4), (A)(6) and Settlement Agreement entered into between Plaintiffs Steve Granitz and Chagit Granitz, and Defendant Lior Bitton.

//

//

//

1

Case 8:14-ap-01221-CB    Doc 47    Filed 08/19/25    Entered 08/19/25 14:39:13    Desc
Main Document    Page 5 of 11

**IT IS ORDERED**:

1. Pursuant to the approved Stipulation and Settlement Agreement, Plaintiffs Steve Granitz and Chagit Granitz, have a nondischargeable judgment in the amount of $412,500.00, plus interest at the federal rate, against Defendant Lior Bitton.

###

Date: August 25, 2015

Catherine Bauer
United States Bankruptcy Judge

2

**This page is part of your document - DO NOT DISCARD**



# 20210473446



**Pages:**
**0004**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**03/25/21 AT 08:28AM**

|  |  |
|---|---|
| FEES: | 35.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 110.00 |



**LEADSHEET**



**202103250110042**

**00020058148**



**011921234**

**SEQ:**
**01**

**SECURE - Daily**




**THIS FORM IS NOT TO BE DUPLICATED**    E13-20210308

RECORDING REQUESTED BY

NAME: Baruch C. Cohen, Esq.

**WHEN RECORDED MAIL TO:**

NAME: Baruch C. Cohen, Esq. Law Office of Baruch C. Cohen, APLC

ADDRESS: 4929 Wilshire Boulevard, Suite 940

CITY / STATE / ZIP: Los Angeles, CA 90010

(DOCUMENT WILL ONLY BE RETURNED TO NAME & ADDRESS IDENTIFIED ABOVE)

(SPACE ABOVE FOR RECORDER'S USE)

ABSTRACT OF JUDGMENT

**(DOCUMENT TITLE)**

SEPARATE PAGE, PURSUANT TO CA. GOV'T. CODE 27361.6

| ☒ Recording requested by a return to:<br>PHILIP LANDSMAN, ESQ.   SBN 159608<br>LAW OFFICES OF PHILIP LANDSMAN<br>22030 VENTURA BL. #206<br>WOODLAND HILLS CA 91364<br>Tel. 818-587-3666 | FOR COURT USE ONLY<br><br>**RECEIVED**<br>JAN 1 4 2016<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  LIOR BITON<br>                                                  Debtor | CASE NUMBER  8:14-bk-12736-CB<br>ADVERSARY NUMBER  8:14-ap-01221-CB |
| STEVE & CHAGIT GRANITZ              Plaintiff<br>                              vs.<br>LIOR BITON<br>                                              Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address    LIOR BITON
   
   7521 EDINGER AVENUE, NO 4632
   
   HUNTINGTON BEACH, CA 92647
   
   ☐ Address Unknown
   
   b. Driver's License No. _____  ☒ Unknown
   
   c. Social Security No.   ***-**-1331                     ☐ Unknown

2. The Summons was personally served at, or mail to (address):
   
   LIOR BITON, 7521 EDINGER AVENUE, NO 4632, HUNTINGTON BEACH, CA 92647

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: 11/3/15

(Signature of Judgment Creditor or Attorney)
PHILIP LANDSMAN, ESQ.

(Continued on Reverse Side)

Revised February 2010

Abstract of Judgment - Page Two

| In re (SHORT TITLE) GRANITZ v. BITON Debtor(s). | CHAPTER 7 ADVERSARY NO.: 8:14-ap-01221-CB |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on __7/23/2015__

in favor of __STEVE & CHAGIT GRANTIZ__ and against __LIOR BITON__

for $ __412,500.00__ Principal,

$ __0.00__ Interest,

$ __0.00__ Attorney's Fees, and

$ __0.00__ Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ __412,500.00__
2. In favor of (name) __STEVE & CHAGIT GRANITZ__

A stay of execution has:

☐ not been ordered by the Court.

☒ been ordered by the Court effective until (date): __7/3/2016__

Attested this __14th__ day of __January 2016__

KATHLEEN J. CAMPBELL    KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: __Denise M. Bustillos__
Deputy Clerk
Denise M. Bustillos

Information regarding additional judgment debtors:

_____
_____
_____
_____

Revised February 2010

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled: **APPLICATION FOR AND RENEWAL OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/15/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Lally davidlallylaw@gmail.com
Baruch C Cohen bcc4929@gmail.com
Karen S Naylor (TR) acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 8/15/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lior Bitton 7521 Edinger Avenue, No. 4632, Huntington Beach, CA 92647

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on *(date)* _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/25 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                               **F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

4929 Wilshire Boulevard, Suite 940, Los Angeles, CA 90010

A true and correct copy of the foregoing document entitled: **NOTICE OF RENEWAL OF JUDGMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On 8/15/25, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

David B Lally davidlallylaw@gmail.com
Baruch C Cohen bcc4929@gmail.com
Karen S Naylor (TR) acanzone@burd-naylor.com, knaylor@ecf.epiqsystems.com
United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On 8/15/25, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lior Bitton 7521 Edinger Avenue, No. 4632, Huntington Beach, CA 92647

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 8/15/25 | Baruch C. Cohen | /s/ Baruch C. Cohen |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                            **F 9013-3.1.PROOF.SERVICE**